**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of M.R.H.

Appellate case number:    01-18-00933-CV

Trial court case number:    16-1905-CV

Trial court:                         25th District Court of Guadalupe County

This Court's January 10, 2019 Order had directed appellant, Christopher Pat Hildebrand, incarcerated and proceeding pro se, to comply with Chapter 14 of the Texas Civil Practice and Remedies Code by filing an affidavit or unsworn declaration of previous lawsuits and a certified copy of his inmate trust account statement. On February 11, 2019, appellant timely filed an unsworn application to proceed in forma pauperis in this Court attaching a certified copy of his inmate trust account statement and a separate notice of change of address attaching his unsworn declaration of his previous lawsuits. Because appellant's inmate trust account statement and declaration of lawsuits comply with Chapter 14, appellant is not required to pay appellate costs in advance. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.004(a), (c), 14.006(f) (West 2012); TEX. R. APP. P. 20.1(c).

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and mark him as allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. On September 21, 2018, the clerk's record was filed and on November 6, 2018, the reporter's record was filed.

Thus, because appellant is incarcerated and proceeding pro se, the Court **ORDERS** the district clerk to mail the clerk's and reporter's records to the appellant at his current address under his TDCJ# 02230753, **within 10 days** of the date of this Order, at no cost to appellant, and shall certify the delivery date **within 15 days**.

Because appellant filed his appellant's brief on January 2, 2019, without the records, appellant is **ORDERED** to file an amended appellant's brief **within 30 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(1), 38.7.

It is so ORDERED.

Judge's signature:    ____/s/ Evelyn V. Keyes_____

                              x  Acting individually    ☐ Acting for the Court

Date:   __February 21, 2019____